THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA AGNE, on her own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>RAIN CITY PIZZA, LLC, an unknown business entity; EDWARD TALIAFERRO, individually and doing business as RAIN CITY PIZZA, LLC; KEVIN SONNEBORN, individually and doing business as RAIN CITY PIZZA, LLC; and ROSE CITY PIZZA, LLC; ROSE CITY PIZZA, LLC; an Oregon limited liability company; PAPA JOHN'S USA, INC., a Kentucky corporation; and PAPA JOHN'S INERNATIONAL, INC., a Delaware corporation;<br><br>Defendants. | Case No. C10-1139-JCC<br><br>ORDER |

This matter comes before the Court on the stipulated motion of the parties to extend the deadline to respond to Plaintiff's complaint. (Dkt. No. 6.) The motion is GRANTED. The deadline for all Defendants to answer or otherwise respond to the Complaint is hereby EXTENDED to August 23, 2010.

DATED this 23rd day of July, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1