THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA AGNE, on her own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 2:10-cv-01139-JCC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE NEW EVIDENCE IN OPPOSITION TO DEFENDANT JTF ENTERPRISES'S MOTION TO DISMISS** |

WHEREAS the Court has considered Plaintiff Maria Agne's *Ex Parte* Motion for Leave to File New Evidence with regard to Defendant JTF Enterprises, Inc.'s Motion to Dismiss (Dkt. No. 175), IT IS HEREBY ORDERED that Ms. Agne has leave to file the Supplemental Declaration of Albert H. Kirby, including its attached excerpts from the deposition of Kevin Sonneborn, which the Court will consider when ruling upon the motion to dismiss.

DATED this _____ day of _____ 2012.

_____
THE HONORABLE JOHN C. COUGHENOUR

Presented by:

*/s/ Albert H. Kirby*
Albert H. Kirby, WSBA #40187
ahkirby@kirby-legal.com
**KIRBY LAW GROUP**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
Tel: (206) 414-9950
Fax: (866) 845-6302

ORDER
(Case No. 2:10-cv-01139-JCC)

**KIRBY LAW GROUP**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
Ph: (206) 414-9950
Fax: (866) 845-6302

1  -and-

2  Donald W. Heyrich, WSBA #23091
   *dheyrich@hkm.com*
3  **HEYRICH KALISH MCGUIGAN PLLC**
   1325 Fourth Avenue, Suite 540
4  Seattle, WA  98101
   Tel: (206) 838-2504
5  Fax: (206) 838-2505

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER  
(Case No. 2:10-cv-01139-JCC)

Page 1

**KIRBY LAW GROUP**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
Ph: (206) 414-9950
Fax: (866) 845-6302

# DECLARATION OF SERVICE

I, the undersigned, certify that, on this date, a true copy of the foregoing document will be or has been served on the persons listed below in the manner shown:

| | |
|---|---|
| Joseph P. Lawrence<br>Joan L. Roth<br>LAWRENCE & VERSNEL, PLLC<br>4120 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA 98104 | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br>_x_ CM/ECF Notification |
| James Howard<br>Jessica M. Andrade<br>DORSEY & WHITNEY LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104 | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br>_x_ CM/ECF Notification |
| Robert Wisnovsky<br>270 Wells Fargo Dr.<br>Jacksonville, OR 97530<br>Email: rwisnovsky@aol.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>_x_ Direct Email<br>___ CM/ECF Notification |
| John S. George<br>P.O. Box 375<br>Jacksonville, OR 97530<br>Email: jnbgeorge@gmail.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>_x_ Direct Email<br>___ CM/ECF Notification |
| Daniel J. Gunter<br>Riddell Williams P.S.<br>1001 Fourth Ave., Suite 4500<br>Seattle, WA 98154<br>Phone: (206) 624-3600 | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Mail<br>_x_ CM/ECF Notification |

Dated: February 3, 2012

/s/ Albert H. Kirby
Albert H. Kirby, WSBA #40187

ORDER
(Case No. 2:10-cv-01139-JCC)

Page 2

KIRBY LAW GROUP
93 S. Jackson St. #63230
Seattle, WA 98104-2818
Ph: (206) 414-9950
Fax: (866) 845-6302