THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA AGNE, ERIN CHUTICH, and JERROD CHUTICH, on their own behalf and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., et al.<br><br>Defendants. | NO. 2:10-CV-01139 JCC<br><br>DEFENDANTS RAIN CITY PIZZA, L.L.C; EDWARD TALIAFERRO; KEVIN SONNEBORN; SEATTLE PJ PIZZA, L.L.C; PJ SOUND PIZZA, L.L.C; PAPA WASHINGTON, L.L.C; PAPA WASHINTON II, L.L.C; ROSE CITY PIZZA, L.L.C;<br><br>ANSWER AND AFFIRMATIVE DEFENSES TO 5TH AMENDED COMPLAINT<br><br>(Jury Demanded) |

COMES NOW the defendants Rain City Pizza, L.L.C., Seattle PJ Pizza, L.L.C., Rose City Pizza, L.L.C., PJ Sound Pizza, L.L.C., Papa Washington, L.L.C., Papa Washington II, L.L.C., Edward Taliaferro and Kevin Sonneborn, and in answer to Plaintiffs' Fifth Amended Complaint on file herein, admits, denies and alleges as follows[1]:

---

[1] Unless otherwise indicated, "defendants" refer to these prescribed answering defendants.

Page 1 of 16
Case No. 2:10-CV-01139 JCC

1. In answer to Paragraph 1, including all subparts, of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

2. In answer to Paragraph 2 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

3. In answer to Paragraph 3 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

4. In answer to Paragraph 4, defendants admit that messages were sent to some pre-selected telephone numbers but deny that said messages were sent on the device described.

5. In answer to Paragraph 5 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information with respect to charges allegedly incurred to either admit or deny and therefore deny those allegations; and further deny the balance of said allegations in the paragraph.

6. In answer to Paragraph 6 of Plaintiffs' Fifth Amended Complaint, defendants deny the allegations set forth therein.

## II. JURSIDICTION AND VENUE

7. In answer of Paragraph 7, defendants admit the allegations contained therein.

8. In answer to Paragraph 8, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

9. In answer to Paragraph 9, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

10. In answer to Paragraph 10, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

11. In answer to Paragraph 11, the Plaintiffs' 5th Amended Complaint, defendants Rose City Pizza, L.L.C. and Papa Washington II, L.L.C., deny they did business in King County and/or Washington State; as to these remaining defendants, they admit they did business in Washington State but deny the balance of said paragraph.

### III. THE DEFENDANTS

12. In answer to Paragraph 12, including all subparts thereof, of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

13. In answer to Paragraph 13, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

14. In answer to Paragraph 14, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

15. In answer to Paragraph 15, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

16. In answer to Paragraph 16, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

17. In answer to Paragraph 17 of Plaintiffs' Fifth Amended Complaint, defendants deny the allegations set forth therein; by way of further answer to these subparagraphs in Paragraph 17, defendants respond:

    a. In answer to subparagraph a, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied;

    b. In answer to subparagraph b, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied;

Page 3 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

      c.      In answer to subparagraph c, defendants admit that Rain City Pizza, L.L.C., ceased to operate as a limited liability company; but except as expressly admitted, deny the balance of said subparagraph;

      d.      In answer to subparagraph d, defendants deny the allegations set forth therein;

      e.      In answer to subparagraph e, defendants admit Rose City Pizza, L.L.C., is among other things, an Oregon limited liability company domiciled in Washington; and further admit, Sonneborn and Taliaferro own an interest in business entities which operate multiple Papa John's branded restaurants in Washington State but except as expressly admitted, deny the balance of said subparagraph;

      f.      In answer to subparagraph f, defendants admit that Seattle PJ Pizza, L.L.C., is a Washington limited liability company domiciled in Washington State but except as expressly admitted, deny the balance of said subparagraph;

      g.      In answer to subparagraph g, defendants admit that Papa Washington, L.L.C., is a Washington limited liability company, but except as expressly admitted, deny the balance of said subparagraph;

      h. In answer to subparagraph h, defendants deny the allegations set forth therein.

      i. In answer to subparagraph i, defendants admit that PJ Sound Pizza, L.L.C., is a limited liability company domiciled in Washington State, and further admit that Sonneborn, manages PJ Sound Pizza, L.L.C., but except as expressly admitted, deny the balance of said subparagraph;

18.      In answer to Paragraph 18 of the Fifth Amended Complaint, defendants admit that the principle place of business of the L.L.C. named defendants who may be defined as "constituents" in the Fifth Amended Complaint was and/or is Redmond, but except as

Page 4 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

expressly admitted, are without knowledge or information sufficient to respond to the balance of said paragraph and therefore, deny same.

19. In answer to Paragraph 19 of Plaintiffs' Fifth Amended Complaint, defendants admit that the telephone number (206) 938-3000 belongs to a Papa John's branded restaurant, but except as expressly admitted, are without knowledge or information sufficient to either admit or deny the balance thereof, and therefore, deny same.

20. In answer to Paragraph 20, said allegations amount to a legal conclusion and do not require a responsive pleading; otherwise, defendants deny the allegations set forth therein.

21. In answer to Paragraph 21, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

22. In answer to Paragraph 22 of Plaintiffs' Fifth Amended Complaint, defendants admit that PJ CORPORATE'S Agreement provides for marketing of Papa John's branded products, goods, and services; but except as expressly admitted, have insufficient knowledge or information to either admit said allegations, and therefore deny the balance thereof.

23. In answer to Paragraph 23 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, said allegations are denied.

24. In answer to Paragraph 24 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, said allegations are denied.

25. In answer to Paragraph 25 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

26. In answer to Paragraph 26 of Plaintiffs' Fifth Amended Complaint, defendants deny the allegations set forth therein.

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

## IV. GENERAL ALLEGATIONS

27. In answer to Paragraph 27 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied.

28. In answer to Paragraph 28 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied.

29. In answer to Paragraph 29 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied.

30. In answer to Paragraph 30 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied.

31. In answer to Paragraph 31 of Plaintiffs' Fifth Amended Complaint, to the extent that said paragraph contains charging allegations against these answering defendants, they are denied.

32. In answer to Paragraph 32 of Plaintiffs' Fifth Amended Complaint, defendants deny.

   a. In answer to subparagraph 32a of Plaintiffs' Fifth Amended Complaint, defendants admit that OnTime4U was provided a list of telephone numbers and paid to send messages to those telephone numbers but except as expressly admitted, deny the balance of said paragraph;

   b. In answer to subparagraph 32b of Plaintiffs' Fifth Amended Complaint, defendants admit OnTime4U was provided telephone numbers and paid to send messages to those telephone numbers; but except as expressly admitted, deny the balance of said paragraph;

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

      c.     In answer to subparagraph 32c of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

33.     In answer to Paragraph 33 of Plaintiffs' Fifth Amended Complaint, and subparagraphs a-e thereof, to the extent that said paragraph and subparagraphs contain charging allegations against these answering defendants, defendants are without knowledge or information sufficient to either admit or deny same and therefore, deny same.

34.     In answer to Paragraph 34 of Plaintiffs' Fifth Amended Complaint, defendants admit.

35.     In answer to Paragraph 35 of Plaintiffs' Fifth Amended Complaint, defendants are without knowledge or information sufficient to either admit or deny said allegations and therefore, deny same.

36.     In answer to Paragraph 36 of Plaintiffs' Fifth Amended Complaint, defendants are without knowledge or information sufficient to either admit or deny said allegations and therefore, deny same.

37.     In answer to Paragraph 37 of Plaintiffs' Fifth Amended Complaint, and subparagraphs a-n, and each of them, these answering defendants are without knowledge or information sufficient to either admit or deny said allegations and therefore, deny same.

38.     In answer to Paragraph 38 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

39.     In answer to Paragraph 39 of Plaintiffs' Fifth Amended Complaint, defendants admit that they did not affirmatively advise customers that customer telephone numbers would be used to send texts to customers; but, except as expressly admitted, deny the balance of said allegations.

Page 7 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

40. In answer to Paragraph 40 of Plaintiffs' Fifth Amended Complaint, defendants admit that they received some complaints related to the general receipt of commercial text messages; but, except as expressly admitted, deny the balance of said allegations.

41. In answer to Paragraph 41 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

42. In answer to Paragraph 42 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information regarding their constructive knowledge to either admit or deny and therefore, deny; but, as to their personal knowledge, said allegations are denied.

43. In answer to Paragraph 43 of Plaintiffs' Fifth Amended Complaint, defendants admit.

44. In answer to Paragraph 44 of Plaintiffs' Fifth Amended Complaint, defendants deny.

45. In answer to Paragraph 45 of Plaintiffs' Fifth Amended Complaint, the allegations relate to a legal conclusion and require no responsive pleading; but, said allegations are otherwise denied.

46. In answer to Paragraph 46 of Plaintiffs' Fifth Amended Complaint, defendants deny that the plaintiffs have no protection or absent a legal remedy, but, as to the balance of said allegations, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

## V. CLASS ACTION ALLEGATIONS

47. In answer to Paragraph 47 of Plaintiffs' Fifth Amended Complaint, defendants deny the allegations contained therein.

48. In answer to Paragraph 48 of Plaintiffs' Fifth Amended Complaint, defendants deny the allegations contained therein.

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

49. In answer to Paragraph 49 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

50. In answer to Paragraph 50 of Plaintiffs' Fifth Amended Complaint, defendants deny.

51. In answer to Paragraph 51 of Plaintiffs' Fifth Amended Complaint, defendants deny.

52. In answer to Paragraph 52 of Plaintiffs' Fifth Amended Complaint, defendants deny.

53. In answer to Paragraph 53 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

54. In answer to Paragraph 54 of Plaintiffs' Fifth Amended Complaint, defendants deny.

55. In answer to Paragraph 55 of Plaintiffs' Fifth Amended Complaint, defendants are without knowledge or information sufficient to either admit or deny said allegations and therefore, deny same.

56. In answer to Paragraph 56 of Plaintiffs' Fifth Amended Complaint, defendants deny.

57. In answer to Paragraph 57 of Plaintiffs' Fifth Amended Complaint, defendants deny.

## VI. FIRST COUNT

58. In answer to Paragraph 58 of Plaintiffs' Fifth Amended Complaint, these answering defendants incorporate their answers to the incorporated paragraphs as though set forth at length herein.

Page 9 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

59. In answer to Paragraph 59 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

60. In answer to Paragraph 60 of Plaintiffs' Fifth Amended Complaint, defendants deny.

61. In answer to Paragraph 61 of Plaintiffs' Fifth Amended Complaint, defendants deny.

62. In answer to Paragraph 62 of Plaintiffs' Fifth Amended Complaint, defendants deny.

63. In answer to Paragraph 63 of Plaintiffs' Fifth Amended Complaint, defendants deny.

64. In answer to Paragraph 64 of Plaintiffs' Fifth Amended Complaint, defendants deny.

## VII. SECOND COUNT

65. In answer to Paragraph 65 of Plaintiffs' Fifth Amended Complaint, defendants incorporate their answers to the incorporated paragraphs as though set forth at length herein.

66. In answer to Paragraph 66 of Plaintiffs' Fifth Amended Complaint, defendants have insufficient knowledge or information to either admit or deny said allegations and therefore, deny same.

67. In answer to Paragraph 67 of Plaintiffs' Fifth Amended Complaint, defendants deny.

68. In answer to Paragraph 68 of Plaintiffs' Fifth Amended Complaint, defendants deny.

69. In answer to Paragraph 69 of Plaintiffs' Fifth Amended Complaint, defendants deny.

Page 10 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

70. In answer to Paragraph 70 of Plaintiffs' Fifth Amended Complaint, defendants deny.

71. In answer to Paragraph 71 of Plaintiffs' Fifth Amended Complaint, defendants deny.

72. In answer to Paragraph 72 of Plaintiffs' Fifth Amended Complaint, defendants deny.

73. In answer to Paragraph 73 of Plaintiffs' Fifth Amended Complaint, defendants deny.

## VIII. THIRD COUNT

74. In answer to Paragraph 74 of Plaintiffs' Fifth Amended Complaint, these answering defendants incorporate their answers to the incorporated paragraphs as though set forth at length herein.

75. In answer to Paragraph 75 of Plaintiffs' Fifth Amended Complaint, defendants deny.

76. In answer to Paragraph 76 of Plaintiffs' Fifth Amended Complaint, defendants deny.

77. In answer to Paragraph 77 of Plaintiffs' Fifth Amended Complaint, defendants deny.

## AFFIRMATIVE DEFENSES

Defendants have not yet had a full opportunity to conduct a reasonable inquiry into the facts underlying this action. However, based upon their knowledge, information, and belief, they wish to impose the following affirmative defenses, some or all of which may ultimately be supported by the facts to be revealed in discovery and investigation in this matter. Upon request and after having conducted discovery, defendants will withdraw those affirmative defenses, if any, that are unsupported by the facts as revealed in pretrial discovery and investigation. By way of affirmative defenses, defendants allege as follows:

Page 11 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

1. The 5th Amended Complaint, and each and every alleged cause of action therein, fails to state a claim upon which relief can be granted.

2. The plaintiffs, and each of them, legally consented to the receipt of commercial texts messaging, in that, and not by way of limitations, plaintiffs willfully and voluntarily provided their cellular telephone numbers with the reasonable expectation of subsequent use by the defendants for commercial purposes related to that specific commercial purpose i.e. the purchase of pizza related products, goods and services;

3. The 5th Amended Complaint, and each and every alleged cause of action set forth therein fails to state a claim for relief under the Telephone Consumer Protection Act , 47 U.S.C. § 227,  in that, and not by way of limitations, these answering defendants neither made or initiated a phone call, and any claimed transmission was not generated by an automatic telephone dialing system, as defined by law or statute;

4. These answering defendants owed no duty of due care to the plaintiffs and therefore there is no basis for a claim of negligence;

5. Plaintiffs, and each of them, by their conduct, or failure to act, waived any expectation of privacy related to the use of their cellular telephone number;

6. The plaintiffs, and each of them, are not entitled to equitable relief since the equities do not preponderate in their favor;

7. The plaintiffs, and each of them, are not entitled to equitable relief  since they are, on information and belief, guilty of unclean hands and laches;

8. Plaintiffs' injuries and damages, if any, were proximately caused by or contributed to by the fault of co-defendants and/or unnamed persons or entities so as to bar or reduce these defendants' liability, if any, herein.

9. There has been a failure to mitigate damages, if any.

10. The plaintiffs lack standing to pursue the remedies set forth in their 5th Amended complaint.

Page 12 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

11. The 5th Amended Complaint, and each and every alleged cause of action therein, fails to state a factual or legal basis for any violations of state or federal law.

12. Plaintiffs failed to state a claim because applicable state statutes are preempted by federal law.

13. Plaintiffs' claim assented, and remedies prayed for, effectively amount to a violation of defendants' rights to due process and equal protection as guaranteed by the state and federal constitutions.

## RESERVATION OF RIGHTS

Defendants reserve the right to add further affirmative defenses, and to make such claims, cross claims, counterclaims or Fourth-party claims as discovery progresses and as plaintiffs more specifically sets forth their claims.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' 5th Amended Complaint, defendants pray for judgment as follows:

1. That plaintiffs take nothing by their complaint and that it be dismissed with prejudice;

2. That defendants should be allowed its attorney's fees, costs and expenses incurred herein to the fullest extent allowed by law, including RCW 4.84;

3. An apportionment of liability with co-defendants, and unidentified third persons and/or entities, as provided for in RCW 4.22.050, et seq; and

4. For such other and further relief as the court may deem just and proper.

Page 13 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

DATED this 13th day of August, 2012.

LAWRENCE & VERSNEL PLLC

By: ------------/s/-----------

Joseph P. Lawrence, Jr., WSBA No. 19448
Joan L. Roth, WSBA No. 8979
701 5th Avenue, Suite 4120
Seattle, WA 98104
Tel: (206) 624-0200
Fax: (206) 903-8552
Email: jpl@lvpllc.com; jlr@lvpllc.com

Page 14 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

### *DECLARATION OF SERVICE*

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the below date, a true copy of ***Defendants Rain City Pizza, et al Answer and Affirmative Defenses to Plaintiff's 5th Amended Complaint***, was served on the persons listed below in the manner shown, as follows:

I hereby certify that I served the foregoing document on the individuals below by the following method:

| | |
|---|---|
| Albert Kirby<br>Kirby Law Group<br>93 S. Jackson St., Ste. 63230<br>Seattle, WA 98104-2818 | __x_ CM/ ECF Notification<br>____ FedEx<br>____ Electronic Mail<br>____U.S. Mail<br>____Via Overnight Mail |
| James Howard<br>Jessica M. Andrade<br>Dorsey & Whitney LLP<br>701 Fifth Ave, Suite 6100<br>Seattle, WA 98104 | __x_ CM/ ECF Notification<br>____ FedEx<br>____ Electronic Mail<br>____U.S. Mail<br>____Via Overnight Mail |
| Robert Wisnovsky<br>270 Wells Fargo Dr.<br>Jacksonville, OR 97530 | ____ CM/ ECF Notification<br>____ FedEx<br>__x_ Electronic Mail<br>____U.S. Mail<br>____Via Overnight Mail |
| John S. George<br>PO Box 375<br>Jacksonville, OR 97530 | ____ CM/ ECF Notification<br>____ FedEx<br>__x_ Electronic Mail<br>____U.S. Mail<br>____Via Overnight Mail |
| Donald W. Heyrich<br>Daniel Kalish<br>Lisa A. Burke<br>Cindy M. Lin<br>Heyrich Kalish McGuigan PLLC<br>1325 Fourth Ave., Ste. 540<br>Seattle, WA 98101 | __x_ CM/ ECF Notification<br>____ FedEx<br>____ Electronic Mail<br>____U.S. Mail<br>____Via Overnight |

Page 15 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552

|   |   |
|---|---|
| 1 |   |
| 2 | By: */s/* <u>Joseph P. Lawrence, Jr.</u> |
| 3 | Joseph P. Lawrence, Jr., WSBA No. 19448<br>Joan L. Roth, WSBA No. 8979 |
| 4 | 701 5th Avenue, Suite 4120<br>Seattle, WA 98104 |
| 5 | Tel: (206) 624-0200<br>Fax: (206) 903-8552 |
|   | Email: jpl@lvpllc.com; |

Page 16 of 16
Case No. 2:10-CV-01139 JCC

LAWRENCE & VERSNEL PLLC
4120 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-0200 • FAX (206) 903-8552