# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA AGNE, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., et al.,<br><br>                    Defendants. | **FINAL JUDGMENT**<br><br>CASE NO. C10-1139-JCC |

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

As stated in the Settlement Agreement, incorporated by reference in the Order Approving Class Action Settlement (Dkt. No. 389) and this judgment, the Claims against Defendants Robert Wisnovsky, John George, and On Time 4 U, LLC, are dismissed without prejudice, (Dkt. No. 390), and the claims against other defendants are dismissed with prejudice.

      DATED this 8th day of November 2013.

                                                                WILLIAM M. MCCOOL
                                                                 Clerk

                                                                  /s/ *Tim Farrell*
                                                                  Deputy Clerk